PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00182-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ROOSEVELT JAMES MALDONADO III, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Christina M. Corcoran, attorney for defendant Roosevelt James Maldonado, III, that the status conference set for April 24, 2024 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to May 22, 2024 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. By this stipulation, defendant now moves to continue the status conference, and to exclude time from April 24, 2024 to May 22, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All

Stipulation                                                 1

1     of this discovery has been either produced directly to counsel and/or made available for

2     inspection and copying.

3           b)     Defense counsel requires additional time to review discovery and investigate.

4           c)     The government does not object to the continuance.

5           d)     Based on the above-stated findings, the ends of justice served by continuing the

6     case as requested outweigh the interest of the public and the defendant in a trial within the

7     original date prescribed by the Speedy Trial Act.

8           e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9     et seq., within which trial must commence, the time period of April 24, 2024 to May 22, 2024,

10    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C.

11    § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's

12    request on the basis of the Court's finding that the ends of justice served by taking such action

13    outweigh the best interest of the public and the defendant in a speedy trial.

14    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

15 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

16 must commence.

18    Dated: April 18, 2024                             Respectfully submitted,

19                                                     PHILLIP A. TALBERT
20                                                     United States Attorney

21
22                                       By    /s/ ROBERT L. VENEMAN-HUGHES
                                                        ROBERT L. VENEMAN-HUGHES
23                                                           Assistant United States Attorney

24    Dated: April 18, 2024                             /s/ CHRISTINA CORCORAN
                                                             CHRISTINA CORCORAN
25                                                               Attorney for Roosevelt MALDANADO

26 / / /

27 / / /

28 / / /

Stipulation                                         2

**ORDER**

IT IS SO ORDERED that the status conference is continued from April 24, 2024, to **May 22, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **April 18, 2024**                    /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE

Stipulation                                                                 3