PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROOSEVELT MALDONADO,<br><br>Defendant. | CASE NO. 1:23-CR-00182-NODJ-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Christina Corcoran, attorney for defendant Roosevelt Maldonado, that the status conference set for May 22, 2024 at 1:00 pm be vacated and instead a change of plea hearing be set for July 29, 2024 before the District Judge.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the matter was set for status conference on May 22, 2024 and time was excluded under the Speedy Trial Act through May 22, 2024.

2. By this stipulation, defendant now moves to <u>vacate the status conference and set the matter for change of plea on July 29, 2024</u> before the District Judge. This proposed change of plea date represents the earliest date that all counsel are available, taking into account attorney schedules, court availability, and the commitments of defense counsel to other clients.

3.

Stipulation                                              1

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2024 to July 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

| | |
|---|---|
| Dated: May 16, 2024 | Respectfully submitted,<br><br>PHILLIP A. TALBERT<br>United States Attorney<br><br>By  /s/ Robert L. Veneman-Hughes<br>ROBERT L. VENEMAN-HUGHES<br>Assistant United States Attorney |
| Dated: May 16, 2024 | /s/ Christina Corcoran<br>CHRISTINA CORCORAN<br>Attorney for Roosevelt MALDONADO |

## **ORDER**

IT IS SO ORDERED that the status conference set for May 22, 2024, is vacated. A change of plea hearing is set for **July 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **May 17, 2024**               /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE