PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00182-NODJ-BAM |
| Plaintiff, | STIPULATION TO VACATE CHANGE OF PLEA AND SET FOR STATUS CONFERENCE; ORDER |
| v. | |
| ROOSEVELT MALDONADO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Christina Corcoran, attorney for defendant Roosevelt Maldonado, that the change of plea set for July 29, 2024 be vacated and instead a status conference be set for September 25, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the matter was set for change of plea on July 29, 2024 and time was excluded under the Speedy Trial Act through July 29, 2024.

2. By this stipulation, defendant now moves to <u>vacate the change of plea and set the matter for status on September 25, 2024</u> before U.S. Magistrate Judge Barbara A. McAuliffe.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All

Stipulation                         1

of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, investigate the foundation for a resolution by plea or trial, and to consider the impact of recent changes in the law and how they may impact the case.

      b)      The government does not object to the continuance.

      c)      An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation;

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial; and

- Recent changes in case law may impact the defendant's case.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2024 to September 25, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation       2

Dated: July 23, 2024                                    Respectfully submitted,

                                                         PHILLIP A. TALBERT
                                                         United States Attorney

                                     By    /s/ Robert L. Veneman-Hughes
                                               ROBERT L. VENEMAN-HUGHES
                                               Assistant United States Attorney

Dated: July 23, 2024                                    /s/ Christina Corcoran
                                                            CHRISTINA CORCORAN
                                                            Attorney for Roosevelt MALDONADO

## **ORDER**

IT IS SO ORDERED that the change of plea hearing set for July 29, 2024, is vacated. A status conference is set for **September 25, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **July 23, 2024**                                    /s/ Barbara A. McAuliffe
                                                                                    UNITED STATES MAGISTRATE JUDGE