PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00182-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ROOSEVELT JAMES MALDONADO III, | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Christina M. Corcoran, attorney for defendant Roosevelt James Maldonado, III, that the status conference set for November 13, 2024 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to February 28, 2025 at 1:00 p.m.

**STIPULATION**

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1.　　The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date, particularly the impact of recent 9th Circuit decisions.

　　　　2.　　By this stipulation, defendant now moves to continue the status conference, and to exclude time from November 13, 2024 to February 28, 2025.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　a)　　The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All

Stipulation　　　　　　　　　　　　　　　　　　　1

1  of this discovery has been either produced directly to counsel and/or made available for
2  inspection and copying.
3       b)     Defense counsel requires additional time to review discovery and investigate.
4       c)     The government does not object to the continuance.
5       d)     Based on the above-stated findings, the ends of justice served by continuing the
6  case as requested outweigh the interest of the public and the defendant in a trial within the
7  original date prescribed by the Speedy Trial Act.
8       e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
9  et seq., within which trial must commence, the time period of <u>November 13, 2024</u> to <u>February 28,
10 2025</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C.
11 § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's
12 request on the basis of the Court's finding that the ends of justice served by taking such action
13 outweigh the best interest of the public and the defendant in a speedy trial.
14     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
15 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
16 must commence.

Dated: November 8, 2024                Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

                                By    /s/ ROBERT L. VENEMAN-HUGHES
                                          ROBERT L. VENEMAN-HUGHES
                                          Assistant United States Attorney

Dated: November 8, 2024                /s/ CHRISTINA CORCORAN
                                          CHRISTINA CORCORAN
                                          Attorney for Roosevelt MALDANADO

///
///
///

**ORDER**

IT IS SO ORDERED that the status conference is continued from November 13, 2024, to **February 26, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 8, 2024**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

Stipulation                                3