HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROOSEVELT JAMES MALDONADO, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROOSEVELT JAMES MALDONADO, III,<br><br>Defendant. | Case No. 1:23-cr-00182-DAD-BAM<br><br>**AMENDED STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER**<br><br>Date:   December 15, 2025<br>Time:  9:30 a.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Robert Veneman-Hughes, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Roosevelt James Maldonado, III, that the Court may continue the sentencing hearing from October 6, 2025, to December 15, 2025.

The requested continuance is necessary for the defense to complete its investigation pertaining to sentencing and in light of the parties' scheduling conflicts.  Counsel for the government and Probation have no objection to the requested change of date.

The parties further stipulate and request that the Presentence Investigation Report schedule and filing dates be continued as follows, noting that a draft Presentence Report has already been circulated between parties:

| | | |
|---|---|---|
| 1 | Informal Objections due: | November 17, 2025 |
| 2 | Final Presentence Report due: | November 24, 2025 |
| 3 | Formal Objections due: | December 1, 2025 |
| 4 | Reply or Statement of Non-Opposition due: | December 8, 2025 |

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 4, 2025        */s/ Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: September 4, 2025        */s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
ROOSEVELT JAMES MALDONADO, III


**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the Court hereby continues the sentencing hearing currently scheduled for October 6, 2025, at 09:30 AM to December 15, 2025, at 10:00 AM in Courtroom 5 before District Judge Dale A. Drozd in Fresno.

IT IS SO ORDERED.

Dated:    **September 4, 2025**                    _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE