ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROOSEVELT JAMES MALDONADO, III,<br><br>Defendant. | Case No. 1:23-cr-00182-DAD-BAM<br><br>**STIPULATION AS TO CERTAIN FACTS AND JOINT REQUEST TO STRIKE DOCKET # 52-1 and DOCKET # 51, Exhibits 4 and 5, and WITHDRAW GOVERNMENT REQUEST FOR FURTHER *LAFLER-FRYE* INQUIRY; ORDER**<br><br>Date: December 15, 2025<br>Time: 9:30 a.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Robert Veneman-Hughes, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Roosevelt James Maldonado, III, that the parties stipulate to the following facts:

1. On February 6, 2024, the government transmitted a draft plea offer in the form of a written agreement that included the term that "the defendant agrees that a 4-level enhancement pursuant to USSG 2K2.1(b)(6)(B) applies, to wit the defendant's possession of a firearm in connection with felony brandishing of a firearm against the occupant of a motor vehicle in violation of California Penal Code § 417.3"

2. Defense counsel acknowledged receipt of the draft agreement, and the parties engaged in plea negotiations pertaining to the terms of the agreement, including whether or not USSG 2K2.1(b)(6)(B) and Cal. P.C. § 417.3 applied.

3. Defense counsel reviewed the entire written plea agreement with the defendant, including the provision requesting that the defendant concede the applicability of U.S.S.G. § 2K2.1(b)(6)(B) as stated above.

4. The plea agreement at issue was never executed, and on June 30, 2025, the defendant entered an open plea to the charge.

5. On June 30, 2025, at the change of plea hearing, the Court engaged in a *Lafler/Frye* inquiry at the request of the government, wherein the defendant acknowledged receiving the plea offers in the case, which includes the draft plea agreement at issue, and acknowledged that he had a full and complete opportunity to discuss any and all offers with his attorney prior to rejecting those offers.

6. To that end, defense counsel and defendant were aware since at least February 6, 2024 that the government may seek the application of U.S.S.G. § 2K2.1(b)(6)(B).

Because this stipulation captures the essential facts in Exhibits 4 and 5 to the Government's Reply to Formal Objections and in Exhibits 1 and 2 to the Government's Request for Further *Lafler-Frye* Inquiry, the parties also request that the Court strike Docket # 52-1 in its entirety (Exhibits attached to U.S. Request for Further *Lafler-Frye* Inquiry*)* and Exhibits 4 and 5 only[1] of Docket 51-1, (Exhibits attached to Government Reply to Defendant's Formal Objections).

Because this stipulation resolves the factual issues underlying the Government's Request for Further *Lafler-Frye* Inquiry, Docket 52, the Government will be seeking to withdraw that request.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: December 10, 2025           */s/ Robert Veneman-Hughes*
                                  ROBERT VENEMAN-HUGHES
                                  Assistant United States Attorney

---

[1] This stipulation and joint request does not affect Exhibits 1-3 in Docket 51-1.

1
2                                            HEATHER E. WILLIAMS
                                           Federal Defender
3
4 Date: December 10, 2025              */s/ Christina M. Corcoran*
                                           CHRISTINA M. CORCORAN
5                                            Assistant Federal Defender
                                           Attorney for Defendant
6                                            ROOSEVELT JAMES MALDONADO, III

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

The Court GRANTS the parties' request to withdraw the government's request for a *Lafler-Frye* hearing (Dkt. # 52) based on the facts set forth in the attached stipulation. The Court further GRANTS the parties' request to strike Docket # 52-1, and Docket # 51-1, Exhibits 4 and 5 for the reasons set forth by the parties. IT IS HEREBY ORDERED that the Clerk of the Court strike Docket # 52-1, and Docket # 51-1, Exhibits 4 and 5 (pages 29-44).

IT IS SO ORDERED.

Dated: **December 11, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE