HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROOSEVELT JAMES MALDONADO, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROOSEVELT JAMES MALDONADO, III,<br><br>Defendant. | Case No. 1:23-cr-00182-DAD-EPG<br><br>**STIPULATION TO SET RESENTENCING HEARING; ORDER**<br><br>Date:   August 24, 2026<br>Time:   10:00 a.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Robert Veneman-Hughes, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Roosevelt James Maldonado, III, that the Court may set the resentencing hearing in this matter on August 24, 2026, at 10:00 a.m.

On December 15, 2025, the Court sentenced Mr. Maldonado to a term of 78 months of incarceration.  ECF Dkt. # 59, 60.  On January 5, 2026, Mr. Maldonado filed a timely notice of appeal.  ECF Dkt. # 63.  After sentencing, the Ninth Circuit decided *United States v. Gomez*, 165 F.4th 1199 (9th Cir. 2026) (en banc), which held that California Penal Code § 245(a)(1) is not a crime of violence.  Accordingly, the Ninth Circuit granted the parties' joint motion for summary vacatur, vacated the Court's judgment, and remanded for sentencing in accordance with *Gomez*.

Dkt. # 66-67.

The parties have met and conferred and are available for resentencing on August 24, 2026, at 10:00 a.m.  Based on the understanding that the resentencing must take place in person, the parties have also reached out to the U.S. Marshals Service to inform them that Mr. Maldonado must be transported back to Fresno for the resentencing hearing on that date.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: July 2, 2026          */s/ Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 2, 2026          */s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
ROOSEVELT JAMES MALDONADO, III

## O R D E R

GOOD CAUSE APPEARING, the Court hereby sets the resentencing hearing in this matter for August 24, 2026, at 10:00 a.m., in Courtroom 5 in Fresno before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **July 2, 2026**          _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Roosevelt James Maldonado, III – Stipulation
and Order

2