ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROOSEVELT JAMES MALDONADO III,<br>Defendant. | CASE NO. 1:23-CR-00182-DAD-EPG<br>REQUEST TO RESET RESENTENCING |

The case is presently set for resentencing on August 24, 2026. However, USMS has indicated that they will not be able to transport prior to that hearing. They believe they may be able to transport by September 11, 2026, and so the parties request resentencing be set for September 14, 2026. Should USMS be unable to transport, the parties will file a request to reset on the Court's next available date.

Dated: August 18, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

By /s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Attorney for Defendant

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the resentencing hearing in this case scheduled for August 24, 2026 is continued to September 14, 2026 at 10:00 a.m. in courtroom 5 of the Fresno Courthouse.

IT IS SO ORDERED.

Dated: **August 19, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE